1  BENJAMIN B. WAGNER
   United States Attorney
2  KEVIN C. KHASIGIAN
   Assistant U. S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA  95814
4  Telephone:  (916) 554-2700

5  Attorneys for the United States

6

7             IN THE UNITED STATES DISTRICT COURT

8              EASTERN DISTRICT OF CALIFORNIA

9

| | |
|---|---|
| 10  UNITED STATES OF AMERICA, | 2:13-CV-00202-KJM-EFB |
| 11           Plaintiff, | |
| 12      v. | |
| 13  APPROXIMATELY $50,001.71 IN U.S. CURRENCY SEIZED FROM SAFE CREDIT UNION PERSONAL SAVINGS ACCOUNT NUMBER 409977-0, HELD IN THE NAME OF MIKE P. BADDLEY, | **APPLICATION AND ORDER FOR PUBLICATION** |
| 16           Defendant. | |

17

18       The United States of America applies for an order of publication as follows:

19       1.    Rule G(4) of the Supplemental Rules for Admiralty or Maritime Claims

20  and Asset Forfeiture Actions (hereafter "Supplemental Rules") provides that the

21  Plaintiff shall cause public notice of the action to be given in a newspaper of general

22  circulation or on the official internet government forfeiture site;

23       2.    Local Rule 171, Eastern District of California, provides that the Court

24  shall designate by order the appropriate newspaper or other vehicle for publication;

25       3.    The defendant Approximately $50,001.71 in U.S. Currency seized from

26  Safe Credit Union Personal Savings Account Number 409977-0, held in the name of

27  Mike P. Baddley, was seized on September 21, 2012 in Sacramento, in Sacramento

28  County, California.

                                      1

4. The United States proposes that publication be made as follows:

    a. One publication;

    b. Thirty (30) consecutive days;

    c. On the official internet government forfeiture site www.forfeiture.gov;

    d. The publication is to include the following:

        (1) The Court and case number of the action;

        (2) The date of the seizure/posting;

        (3) The identity and/or description of the property seized/posted;

        (4) The name and address of the attorney for the Plaintiff;

        (5) A statement that claims of persons entitled to possession or claiming an interest pursuant to Supplemental Rule G(5) must be filed with the Court and served on the attorney for the Plaintiff no later than 60 days after the first day of publication on the official internet government forfeiture site; and

        (6) A statement that answers to the Complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure ("Fed. R. Civ. P.") must be filed and served within 21 days after the filing of the claims and, in the absence thereof, default may be entered and condemnation ordered.

Dated:   2/1/13

BENJAMIN B. WAGNER
United States Attorney

By:   /s/ Kevin C. Khasigian
KEVIN C. KHASIGIAN
Assistant U.S. Attorney

IT IS SO ORDERED.

Dated: February 5, 2013.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

2

Application and Order
For Publication