BENJAMIN B. WAGNER
United States Attorney
JEFFREY A. SPIVAK
Assistant U. S. Attorney
501 I Street, Suite 10-100
Sacramento, CA  95814
Telephone:  (916) 554-2700

Attorneys for the United States

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | 2:13-CV-00202-KJM-EFB |
|---|---|
| Plaintiff, | |
| v. | FINAL JUDGMENT OF FORFEITURE |
| APPROXIMATELY $50,001.71 IN U.S. CURRENCY SEIZED FROM SAFE CREDIT UNION PERSONAL SAVINGS ACCOUNT NUMBER 409977-0, | |
| Defendant. | |

Pursuant to the Stipulation for Final Judgment of Forfeiture, the Court finds:

1. This is a civil action *in rem* brought against Approximately $50,001.71 in U.S. Currency seized from Safe Credit Union Personal Savings Account Number 409977-0 (hereafter "defendant funds"), which was seized on or about September 21, 2012.

2. A Verified Complaint for Forfeiture *In Rem* ("Complaint") was filed on February 1, 2013, alleging that said defendant currency is subject to forfeiture to the United States pursuant to 18 U.S.C. §§ 981(a)(1)(A) and 984, and 31 U.S.C. § 5317(c)(2).

3. On February 4, 2013, the Clerk issued a Warrant for Arrest for the defendant currency, and that warrant was duly executed on February 22, 2013.

4.     Beginning on February 6, 2013, for at least 30 consecutive days, the United States published Notice of the Forfeiture Action on the official internet government forfeiture site www.forfeiture.gov.  A Declaration of Publication was filed on March 8, 2013.

5.     In addition to the public notice on the official internet government forfeiture site www.forfeiture.gov, claimant was served by U.S. Mail and personal service.

6.     Claimant filed a Verified Claim on March 1, 2013 alleging an interest in the defendant funds.  No other parties have filed claims or answers in this matter, and the time in which any person or entity may file a claim and answer has expired.

Based on the above findings, and the files and records of the Court, it is hereby ORDERED AND ADJUDGED:

7.     The Court adopts the Stipulation for Final Judgment of Forfeiture entered into by and between the parties to this action.

8.     Judgment is hereby entered against claimant Michael P. Baddley and all other potential claimants who have not filed claims in this action.

9.     Upon entry of a Final Judgment of Forfeiture, $10,000.00 of the $50,001.71 in U.S. Currency, together with any interest that may have accrued on the total amount seized, shall be forfeited to the United States pursuant to 18 U.S.C. §§ 981(a)(1)(A) and 984, and 31 U.S.C. § 5317(c)(2), to be disposed of according to law.

10.    Upon entry of a Final Judgment of Forfeiture herein, but no later than 60 days thereafter, $40,001.71 of the $50,001.71 in U.S. Currency shall be returned to claimant.

11     That the United States and its servants, agents, and employees and all other public entities, their servants, agents, and employees, are released from any and all liability arising out of or in any way connected with the seizure, arrest, or forfeiture of the defendant currency.  This is a full and final release applying to all unknown and unanticipated injuries, and/or damages arising out of said seizure, arrest, or forfeiture, as

well as to those now known or disclosed.  The parties waived the provisions of California Civil Code § 1542.

12. Claimant waived any and all claim or right to interest that may have accrued on the defendant funds.

13. That pursuant to the stipulation of the parties, and the allegations set forth in the Complaint filed on February 1, 2013, the Court finds that there was reasonable cause for the seizure and arrest of the defendant funds, and for the commencement and prosecution of this forfeiture action, and a Certificate of Reasonable Cause pursuant to 28 U.S.C. § 2465 shall be entered accordingly.

14. All parties are to bear their own costs and attorneys' fees.

15. The U.S. District Court for the Eastern District of California, Hon. Kimberly J. Mueller, District Judge, shall retain jurisdiction to enforce the terms of this Final Judgment of Forfeiture.

SO ORDERED THIS 19th day of December, 2013.

_____
UNITED STATES DISTRICT JUDGE

## CERTIFICATE OF REASONABLE CAUSE

Based upon the allegations set forth in the Complaint filed February 1, 2013, and the Stipulation for Final Judgment of Forfeiture filed herein, the Court enters this Certificate of Reasonable Cause pursuant to 28 U.S.C. § 2465, that there was reasonable cause for the seizure and arrest of the defendant funds, and for the commencement and prosecution of this forfeiture action.

Dated:  December 19, 2013.

_____
UNITED STATES DISTRICT JUDGE